# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJAN PATEL, | No. 4:18-CV-02253 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| GEISINGER HEALTH, | |
| Defendant. | |

## ORDER

### JANUARY 11, 2019

On November 23, 2018, Plaintiff Rajan Patel filed a complaint against Geisinger Health.[1] On November 27, 2018, Magistrate Judge Martin C. Carlson recommended dismissing that complaint without prejudice.[2]

On December 19, 2018, Mr. Patel objected to Magistrate Judge Carlson's Report and Recommendation.[3] This Court has reviewed the entire Report and Recommendation *de novo*[4] and concurs entirely with its reasoning and conclusions. Mr. Patel's objections are therefore overruled.

---

[1] ECF No. 1.
[2] ECF No. 5.
[3] ECF No. 6.
[4] 28 U.S.C. § 636(b)(1).

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson, ECF No. 5, is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. Within 28 days of the date of this Order, Plaintiff may file an amended complaint to correct the deficiencies identified by Magistrate Judge Carlson in Plaintiff's current complaint.

4. If Plaintiff fails to file an amended complaint within the given time period, the Clerk of Court is directed to close this case.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                United States District Judge